714

Commonwealth, Appellant, *v.* Miller et al.

Argued December 6, 1971. *Oscar F. Spicer,* District Attorney, for Commonwealth, appellant; *Robert E. Campbell,* Public Defender, and *Henry O. Heiser,* for appellees.

Order affirmed.

WRIGHT, P. J., WATKINS and JACOBS, JJ., dissent.

Commonwealth *v.* Mitchell, Appellant.

Argued December 8, 1971. *Ronald J. Brockington,* with him *Robert B. Mozenter,* and *Marino and Mozenter,* for appellant; *Mark E. Kogan,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.